CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Jose RAMIREZ-Bonilla<br>DOB: 1990; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**23-04251MJ** |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about January 11, 2023, in the District of Arizona, **Jose RAMIREZ-Bonilla** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) 9mm 1HK VP9 firearm and 980 rounds of 7.62x39 caliber ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On January 11, 2023, **Jose RAMIREZ-Bonilla** attempted to exit the United States and enter the Republic of Mexico through the Sasabe Port of Entry in Sasabe, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped a white 2018 Toyota Tacoma bearing Arizona license plate CPT4727 driven by sole occupant **Jose RAMIREZ-Bonilla**. The CBPO asked **RAMIREZ-Bonilla** if he had any currency over $10,000, weapons, or ammunition to declare to which he denied having any of these items. A CBPO noticed a box of Red Army standard 7.62x39 caliber rounds of ammunition on the backseat of the truck. **RAMIREZ-Bonilla** was escorted to the secondary office where a pat down was conducted. Officers drove the vehicle to the secondary inspection area for further examination where they found a black 9mm HK VP9 caliber handgun in the center console of the vehicle. The box of ammunition contained a total of 980 rounds of 7.62x39 caliber ammunition.

In a post-*Miranda* interview, **RAMIREZ-Bonilla** admitted he picked up the firearm and ammunition from an individual in Tucson and was to be paid $2,000 to take the firearm and ammunition to another individual in Sasabe, Arizona. He admitted, however, that he decided to travel to Mexico with the firearm and ammunition, instead.

The firearm and ammunition found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **RAMIREZ-Bonilla** does not possess a license to export weapons or ammunition.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>　　Being duly sworn, I declare that the foregoing is<br>　　true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>JORGE A DURAN　Digitally signed by JORGE A DURAN<br>Date: 2023.01.12 10:08:48 -07'00' |
|---|---|
| AUTHORIZED BY AUSA *R. Arellano* ___Digitally signed by RAQUEL ARELLANO Date: 2023.01.12 09:59:37 -07'00'___ | OFFICIAL TITLE<br>HSI Special Agent Jorge Duran |
| **Sworn by telephone __x__** | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Maria S. Aguilera* | DATE<br>January 12, 2023 |

[1)]　　See Federal Rules of Criminal Procedure Rules 3, 4, and 54